UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 02-20290 CR-LENARD

CASE NO. _____

21 USC 952(a)          MAGISTRATE JUDGE
21 USC 841(a)(1)            TURNOFF

UNITED STATES OF AMERICA

v.

LUIS EDUARDO ZAMORA VILLA

_____/



FILED by _____ D.C.
MAG. SEC.

MAR 28 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about March 9, 2002, at Miami International Airport, in Miami-Dade County,

in the Southern District of Florida and elsewhere, the defendant,

**LUIS EDUARDO ZAMORA VILLA,**

did knowingly and intentionally import into the United States, from a place outside thereof,

a Schedule I controlled substance, that is, one hundred grams or more of a mixture and

substance containing a detectable amount of heroin; in violation of Title 21, United States

Code, Sections 952(a) and 960(b)(2).



## COUNT II

On or about March 9, 2002, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**LUIS EDUARDO ZAMORA VILLA,**

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, one hundred grams or more of a mixture and substance containing a detectable amount of heroin; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 02-20290 CR-LENARD

v.

CERTIFICATE OF TRIAL ATTORNEY

MAGISTRATE JUDGE TURNOFF

LUIS EDUARDO ZAMORA VILLA

**Superseding Case Information:**

---

**Court Division:** (Select One)

__X__ Miami  ____ Key West
____ FTL  ____ WPB ____ FTP

New Defendant(s) _____ Yes _____ No
Number of New Defendants _____
Total number of counts _____

FILED by _____ D.C.
MAG. SEC.

MAR 28 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:  (Yes or No) _____YES_____
    List language and/or dialect _____SPANISH_____

4.  This case will take __2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                              (Check only one)

    | I | 0 to 5 days | __X__ | Petty | _____ |
    |---|---|---|---|---|
    | II | 6 to 10 days | _____ | Minor | _____ |
    | III | 11 to 20 days | _____ | Misdem. | _____ |
    | IV | 21 to 60 days | _____ | Felony | __X__ |
    | V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court?  (Yes or No) _____
    If yes:
    Judge: _____  Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter?  (Yes or No) __YES__
    If yes:
    Magistrate Case No. __02-M-2384-DUBE__
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of __March 15, 2002__
    Defendant(s) in state custody as of _____
    Rule 20 from the _____  District of _____

    Is this a potential death penalty case? (Yes or No) __NO__

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

8.  Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500592

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 02-20290 CR-LENARD

PENALTY SHEET

**Defendant's Name:** **LUIS EDUARDO ZAMORA VILLA** Case No:_____

MAGISTRATE JUDGE
TURNOFF

**Count #: I**

Importation of Heroin

21 USC 952(a)

FILED by _____ D.C.
MAG. SEC.

MAR 2 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\* Max.Penalty:** Forty (40) Years' Imprisonment

**Count #: II**

Possession with the Intent to Distribute Heroin

21 USC 841(a)(1)

**\*Max. Penalty:** Forty (40) Years' Imprisonment

**Count #: III**

**\*Max. Penalty:**

**Count #: IV**

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

No. 02-20290 CR-LENARD

MAGISTRATE JUDGE
TURNOFF

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida _____

_____ Division _____

## THE UNITED STATES OF AMERICA

vs.

## LUIS EDUARDO ZAMORA VILLA

# INDICTMENT

In violation of:
**21 U.S.C. §952(a)**
**21 U.S.C. §841(a)(1)**

_A true bill._

_____
Foreman

Filed in open court this
_____ day,
of _____ A.D. 2002

_____
Clerk

Bail, $ _____

00-05(MIA)

Federal Grand Jury
Indictment Number
05-mcN-760

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-2384-DUBÉ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LUIS ZAMORA VILLA,

     Defendant.

_____/

## ORDER ON MOTION TO PRESERVE EVIDENCE

THIS CAUSE is before the Court on the Motion to Preserve Evidence filed by Defendant

Luis Zamora Villa on March 21, 2002.  After reviewing the motion and the file in this cause, it is

**ORDERED AND ADJUDGED** as follows:

The Motion to Preserve Evidence is **GRANTED**.  The Government shall preserve the

personal property, documents or effects of the Defendant seized at the time of arrest which are in the

possession, custody or control of the Government.

**DONE AND ORDERED** this 22nd day of March, 2002.

                      ROBERT L. DUBÉ
                UNITED STATES MAGISTRATE JUDGE

cc:  Chantel R. Doakes, AFPD (Miami)
     United States Attorney's Office



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 02-2384-DUBE

UNITED STATES OF AMERICA,

      **Plaintiff,**

vs.

LUIS ZAMORA VILLA,

      **Defendant.**

_____/



## DEFENDANT'S MOTION TO PRESERVE EVIDENCE

The defendant through counsel and pursuant to Rule 16 of the Federal Rules of Criminal Procedure, moves for an order directing the government to preserve and to immediately direct its agents to preserve all of the alleged contraband evidence in this case in addition to all items of personal clothing and effects that were in the actual or constructive possession of the defendant at the time of his arrest.  In support of this motion, undersigned counsel represents as follows:

1.      The defendant has been charged with importation of and possession of with intent to distribute illegal drugs.

2.      The defendant was arrested at Miami International Airport after disembarking from an airplane which arrived from abroad.  Upon the defendant's arrest, all of his baggage and personal property were seized and taken from him.

3.      It is necessary that all the alleged contraband in this case rather than just a representative sample be preserved so that the defendant has the opportunity to have an independent weighing of the contraband to confirm its exact weight.

4.     It is also necessary that all items that "were obtained from or belonged" to the defendant be preserved to permit authorized discovery.  *See* Federal Rule of Criminal Procedure 16 and the Standing Discovery Order.  *See also United States v. Rodriguez,* 799 F.2d 649, 652 (11th Cir. 1986).  Documents, packaging, suitcases and items of clothing seized from the defendant are material to the preparation of the defense as they may play an important role in uncovering admissible evidence, aiding in witness preparation or assisting in impeachment.  *See United States v. Felt*, 491 F. Supp. 179 (D.D.C. 1979).

5.     Furthermore, preservation of all personal property in the defendant's possession at the time of his arrest and seized from or taken from him in connection with the charges against him is necessary to the defense as that personal property may well be evidence of his lack of specific intent to import and/or to distribute drugs.

WHEREFORE, the defendant respectfully requests this Court to enter an order directing the government to preserve and to immediately direct its agents to preserve all of the alleged contraband evidence in this case as well as any personal property, documents or effects that were in the defendant's actual or constructive possession at the time of his arrest.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Chantel R.  Doakes
Assistant Federal Public Defender
A 5500578
150 W. Flagler Street, Suite 1700
Miami, FL 33130-1556
Telephone: (305) 530-7000
Fax: (305) 536-4559

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via interoffice mail on the United States Attorney, 99 N. E. 4th Street, Miami, Florida 33132- this 21st day of March, 2002.

Chantel R. Doakes

F:\DoakesC\Mag Cases\Zamora Villa, Luis\Preserve.Mot

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO.  02-2384-DUBE**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**vs.**

**LUIS ZAMORA VILLA,**

       **Defendant.**

_____/

**DEFENDANT'S INVOCATION OF**
**RIGHT TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or



employees associated with the investigation of any matters relating to the defendant.  Any contact

with the defendant must be made through the defendant's lawyer, undersigned counsel.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Chantel R. Doakes
Assistant Federal Public Defender
A 5500578
150 W. Flagler Street, Suite 1700
Miami, FL 33130-1556
Telephone: (305) 530-7000
Fax: (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been

served via interoffice on the United States Attorney, 99 N. E. 4th Street, Miami, Florida 33132-2111,

this 21st day of March, 2002.

_____
Chantel R.  Doakes

F:\DoakesC\Mag Cases\Zamora Villa, Luis\Invocation.Mot

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. _02-23847-DUBE'_____

UNITED STATES OF AMERICA,

v.                                          _Agreed_
                                   **ORDER ON BOND MOTION**

LUIS EDUADO ZAMARO VILLA _____

      This Cause came before the Court upon motion of the (defendant)(government) to (reduce)(increase)(modify) the bond.   Upon consideration, it is

    **ORDERED AND ADJUDGED** as follows:

_____ The motion is **denied**; bond remains at _____

The motion is **granted**; bond is set at:

    ____ Personal Surety, unsecured, in the amount of

                          $_____

    ____ Personal Surety in the amount of  $_____
with 10% posted with Clerk of Court.

    ____ Personal Surety in the amount of  $_____
secured by the following collateral: _____

_____

    ____ Full Cash in the amount of $_____

    _✓_ Corporate Surety in the amount of $ _100,000._ _with Nebbia_

    ____ Full Cash or Corporate Surety in the amount of

             $_____In addition
to the standard conditions of bond, the following special conditions are hereby imposed:

__ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.

_✓_ REPORT TO PRETRIAL SERVICES AS FOLLOWS:    WEEKLY IN PERSON; _as directed_ ~~WEEKLY BY PHONE.~~

__ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.

__ MAINTAIN CURRENT RESIDENCE.

__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.

__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.

__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.

__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.__ REFRAIN FROM POSSESSING A       FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS       WEAPON.

_✓_ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: _Conditions to be set_
_when Nebbia is satisfied at further hearing. no hearing held pursuant_

If bond is changed from that set in another District, the reason pursuant
to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this _19th_day _MARCH_____, 2002.

TAPE NO.02FX- _30~3143_

c:AUSA, Defense_(AFPD)_                    _Andrea M Simonton_
Pretrial Services, Marshal               **ANDREA M. SIMONTON**
                                         **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: _02- 3879 -_
_2384- Dubé_

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

_Luis Eduardo Zamaro Villa_

**ORDER APPOINTING
FEDERAL PUBLIC DEFENDER**

The above named defendant having testified under oath or provided appropriate financial affidavit that he or she is financially unable to employ counsel but wishes to be represented by counsel, it thereupon

**ORDERED AND ADJUDGED** that the Federal Public Defender for the Southern District of Florida is appointed to represent this defendant for all proceedings in this case unless relieved by Court Order.

**DONE AND ORDERED** at Miami, Florida this ___19th___ day of ___March___, 2002.

TAPE NO. 02-FX-30-3142

UNITED STATES MAGISTRATE JUDGE

ANDREA M. SIMONTON

c: AUSA
   FPD
   Pretrial Services or Probation
   U.S. Marshal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02 - 2384 - Dube

FILED
MAG...
MAR 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

vs.

Luis Eduardo Zamaro Villa

This cause came before the Court for a hearing on report re Counsel. Michael Mirer appeared as temporary counsel and requested to withdraw.

Pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: the defendant's ore tenus motion is granted. The Office of the Federal Public Defender is appointed to represent the defendant in this case.

**DONE AND ORDERED** at Miami, Florida this _____19th_____ day of

March____ , 2002.

TAPE NO: 2002-FX-30-3143

_____
UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

c: AUSA
   Defense Counsel  AFPD
   Pretrial Services
   U.S. Marshal
   Clerk for Judge
   Michael Mirer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  02-2384-DUBE'

UNITED STATES OF AMERICA,

vs.

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

LUIS EDUARDO ZAMARO VILLA

The above named defendant having appeared before the Court as
ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent
counsel of record.

_____ The defendant requested Court appointed counsel, was
found eligible, and counsel will be appointed by
separate order. (APPD)

_____ The defendant requested Court appointed counsel but
was found ineligible, and shall appear before the
Court on _____
at 10:00 a.m. to report regarding his/her further
efforts to retain counsel, unless counsel notices a
permanent appearance before that date.

_____ The defendant requested further time to retain
counsel and shall appear before the Court on
_____ at 10:00 a.m. to report
regarding his/her further efforts to retain counsel,
unless counsel notices a permanent appearance before
that date.

**DONE AND ORDERED** at Miami, Florida this _____19th_____ day
of_MARCH_____,2002.

TAPE 02FX- 30-3143

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

c. Defense Counsel
Pretrial Services or Probation
U.S. Marshal
AUSA

CASE NUMBER _02 - 2384 -_
_Duke'_



INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE___SPANISH_____

DEFENDANT(S)_____LUIS EDUARDO ZAMORA VILLA_____

_____

_____

_____

UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. _02-2384_

_Dube'_

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY**
**APPEARANCE AS COUNSEL**

_Luis Zamora_

COMES NOW _Michael Miner_ and

files this temporary appearance as counsel for the above named

defendant(s) at initial appearance.  This appearance is made with

the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing**

**documents** necessary to collateralize any **personal surety bond** which
may be set.

Counsel's Name **(Printed)** _Michael Miner_

Counsel's Signature _____

Address _777 Brickell Ave Suite 1114_

_Miami Fl_  ZIP CODE: _33131_

Telephone _(305) 536-6177_

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 02-2384-RU)



## UNITED STATES OF AMERICA

## vs.

## LUIS EDUARDO ZAMORA VILLA
_____/

### CRIMINAL COVER SHEET

1.  Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?  ____ Yes  __X__ No

2.  Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  ____Yes  __X__ No

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500592
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961- 9131
FAX (305) 530-7976

N:\vsimmons\Duty\complain.cov

# United States District Court

_____SOUTHERN_____   **DISTRICT OF** _____FLORIDA_____

**UNITED STATES OF AMERICA**

v.

**LUIS EDUARDO ZAMORA VILLA**

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 02-2384-RW

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 9, 2002, at Miami International Airport, Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant did knowingly and intentionally import into the United States from a place outside thereof a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally possess with the intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about March 9, 2002, at approximately 1:17 p.m., the defendant, **LUIS EDUARDO ZAMORA VILLA**, arrived at Miami International Airport aboard ACES Flight #500 from Bogota, Colombia. After being admitted into the United States by the Immigration & Naturalization Service, the defendant presented himself and his luggage to the U.S. Customs Service for examination. During a secondary examination, U.S. Customs Inspectors suspected the defendant to be an internal carrier of narcotics. An x-ray taken of the defendant indicated several pellets distributed throughout his intestinal tract. Seventy-two (72) pellets were subsequently recovered from the defendant's body. A field test of the white powdery substance found in the pellets proved positive for the presence of heroin. The estimated gross weight of the white powdery substance found inside the pellets was 2.35 pounds.

Signature of Complainant
**ALICIA R. VEREEN, SPECIAL AGENT**
**UNITED STATES CUSTOMS SERVICE**
**MARCH 15, 2002**

Sworn to before me, and subscribed in my presence,

March 15, 2002
**Date**

at Miami, Florida
**City and State**

**ROBERT L. DUBÈ**
**UNITED STATES MAGISTRATE JUDGE**
**Name and Title of Judicial Officer**

Signature of Judicial Officer

koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. ___O2 · 2384-DUбe___

UNITED STATES OF AMERICA

              Plaintiff,

v.

LUIS EDUARDO ZAMARO VILLA
       Defendant.

**ORDER ON INITIAL APPEARANCE**

Language ___SPANISH___

Tape No. _02H- 16 - 50_

AUSA ___Charles Duross___

Agent _____

DOB: 10/13/76        Reg# 68413-004

FILED by ___ D.C.
MAG. SEC.

MAR 15 2002

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA.   MIAMI

_____

    The above-named defendant having been arrested on___3/15/02___having appeared before the court for initial appearance on _____3/15/02_____and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _Michael Mner_ _____ appeared as permanent/(temporary) counsel of record.
Address: _777 Brickell ave # 1114_
Zip Code: _33131_        Telephone:_305-536-6177_

2. ._____appointed as permanent counsel of record.
Address: _____
Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____3/19_____, 2002.

4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am   3/29/02_, 2002.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)  because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am   3/19_, 2002.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.

___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;

    other: _____

___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___d. Maintain or actively seek full time gainful employment.

Page 1 of 2

## LUIS EDUARDO ZAMARO VILLA

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
                     On Warrant _____
                     After Hearing _____

       If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d
303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled
promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the
conditions set forth herein or those later ordered by the court, the defendant is subject to arrest
and revocation of release and to various civil and criminal sanctions for any violation of those
conditions.  These various sanctions and penalties are set forth more fully in the Appearance
Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond
has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this__<u>15</u>_____day of __<u>MARCH</u>_____
2002 .

_____
**UNITED STATES MAGISTRATE JUDGE**
**ROBERT L. DUBE'**

c: Assistant U.S. Attorney
    Defendant
    Counsel
    U.S. Marshal
    Pretrial Services/Probation

SIGNATURE OF CASE AGENT: _____

## UNITED STATES DISTRICT COURT
### Southern District of Florida

**UNITED STATES OF AMERICA**
**Plantiff**

Case Number: CR _02-2384-Dube_

**V.S.**

REPORT COMMENCING CRIMINAL
ACTION

FILED by ____ D.C.
MAG. SE.

MAR 15 2002

_Luis Eduardo Zamora Villa_
**Defendant**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA    MIAMI

_68413-004_

---

**TO: Clerk's Office, U.S. District Court:**     ( Miami )        **Ft. Lauderdale**        **W. Palm Beach**

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

---

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1)   Date and Time of Arrest: _3-14-02_
(2)   Language Spoken: _Spanish_
(3)   Offense(s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
        21USC841(A)-POSSESSION W/INTENT TO DIST. NARCOTICS
(4)   U.S. Citizen:     ( ) Yes          (X) No        ( ) Unknown
(5)   Date of Birth: _10-13-76_
(6)   Type of Charging Document: (Circle One)
        ( ) Indictment     (X) Complaint     (X) To Be Filed     ( ) Already Filed

Case #: _____
( ) Bench Warrant for Failure to Appear
( ) Probation Violation Warrant
( ) Parole Violation Warrant

Originating District:
COPY OF WARRANT LEFT WITH BOOKING OFFICER:  ( ) Yes     ( ) No

Amount of Bond: $_____     Who Set Bond?_____

(7) Remarks:_____
(8)  Date:_ 3-14-02 _____     (9) Arresting Officer:  S/A Alicia R. Vereen
(10) Agency: U.S. Customs Service     (11) Telephone #: (786) 229-4983